**SHA-1 Hash:** F6B1478F2DAB75E664206F83DBC3F5CA0425F16E      **Title:**   Bareback Skate Mates
**Rights Owner:** Raw Films Ltd.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.9.127.178 | 2/24/2012 10:55 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 2 | 24.9.189.20 | 2/19/2012 5:58 | Parker | CO | Comcast Cable | BitTorrent |
| 3 | 24.9.63.242 | 2/20/2012 18:33 | Boulder | CO | Comcast Cable | BitTorrent |
| 4 | 67.162.131.163 | 2/1/2012 14:21 | Aurora | CO | Comcast Cable | BitTorrent |
| 5 | 67.177.195.38 | 12/10/2011 8:48 | Pueblo | CO | Comcast Cable | BitTorrent |
| 6 | 71.237.17.8 | 12/26/2011 6:57 | Morrison | CO | Comcast Cable | BitTorrent |
| 7 | 174.16.84.3 | 1/9/2012 16:23 | Denver | CO | Qwest Communications | BitTorrent |
| 8 | 70.57.7.99 | 2/8/2012 20:29 | Parker | CO | Qwest Communications | BitTorrent |
| 9 | 71.212.208.200 | 1/2/2012 5:02 | Denver | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO39