**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00909-REB-MEH

RAW FILMS, LTD,

    Plaintiff,

v.

JOHN DOES 2-3, and 6-9,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All Remaining John Does** [#21][1] filed August 3, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved, that plaintiff's claims against the remaining John Does should be dismissed without prejudice, and that this action should be closed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All Remaining John Does** [#21] filed August 3, 2012, is **APPROVED**;

    2.  That plaintiff's claims against all the remaining John Does are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this case is **CLOSED**.

Dated August 6, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge