**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00909-REB-MEH

RAW FILMS, LTD,

    Plaintiff,

v.

JOHN DOES 2-3, and 6-9,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 9** [#24][1] filed October 25, 2012. After reviewing the notice and the record, I conclude that the notice should be approved, that plaintiff's claims against John Doe 9, which claims were initially dismissed without prejudice, *see* [#22], should now be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 9** [#24] filed October 25, 2012, is **APPROVED**;

2. That plaintiff's claims against John Doe 9 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Doe 9 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 26, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge